Justice BALDWIN did not participate in the consideration or decision of this matter.

■

# DEPARTMENT OF GENERAL SERVICES,

v.

## LIMBACH COMPANY and Penn Transportation Services, Inc.,

**Appeal of Penn Transportation Services, Inc.**

Department of General Services,

v.

Cast & Baker Corporation and Penn Transportation Services, Inc.,

**Appeal of Penn Transportation Services, Inc.**

Commonwealth of Pennsylvania, Department of General Services,

v.

The Farfield Company and Penn Transportation Services, Inc.,

**Appeal of Penn Transportation Services, Inc.**

Supreme Court of Pennsylvania.

Argued Feb. 28, 2006.

Decided March 31, 2006.

### *ORDER*

PER CURIAM.

The Order of the Commonwealth Court is affirmed.

■

## Robin WEAVER, Petitioner,

v.

## LANCASTER NEWSPAPERS INC., Intelligencer Journal and Oscar Lee Brownstein, Respondents.

Supreme Court of Pennsylvania.

April 4, 2006.

### *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of April, 2006, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED** to the question of whether, under this Court's decision in *O'Donnell v. Philadelphia Record Co.*, 356 Pa. 307, 51 A.2d 775 (1947), Respondent Brownstein's alleged actions in granting permission, in the post-complaint timeframe, to a third party to republish the disputed letter to the editor, con-